**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MICHAEL RHAMBO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RHAMBO,

    Plaintiff,

vs.

SRIHARI CORPORATION D/B/A LIGHT IT UP SMOKE SHOP; VK MACARTHUR, LLC; and DOES 1 to 10, inclusive,

    Defendants.

**Case No.: 8:19-cv-01650-DOC (ADSx)**
Assigned to Hon. David O. Carter

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**
[13]

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL RHAMBO ("Plaintiff") and Defendants SRIHARI CORPORATION D/B/A LIGHT IT UP SMOKE SHOP and VK MACARTHUR, LLC ("Defendants") stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: December 13, 2019  SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason Yoon
Jason Yoon
Attorneys for Plaintiff

DATED: December 13, 2019  GOURJIAN LAW GROUP, P.C.

By: /s/ Varand Gourjian
Varand Gourjian
Attorneys for Defendants

SO ORDERED.

Dated: December 13, 2019  By: David O. Carter
DAVID O. CARTER
U.S. DISTRICT JUDGE